IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                      )<br>                    Plaintiff,     )<br>                                                      )<br>v.                                                  )     Case No. 4:10CR3080<br>                                                      )<br>JOSHUA LOUDERBACK,         )<br>                                                      )<br>                    Defendant.    ) | |

## ORDER

THIS MATTER comes before the Court on Defendant's Motion to Extend the Deadline for Filing Pretrial Motions, filing 24, from September 10, 2010, until September 24, 2010. The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the Defendant shall file any pretrial motions in the above captioned matter no later than Friday, September 24, 2010. This Court further finds that, based upon the showing set forth in Defendant's Motion, the ends of justice will be served by extending the deadline for filing pretrial motions. Further, that taking such action outweighs the best interests of the public and the Defendant in a speedy trial. Accordingly, the time from September 10, 2010, until September 24, 2010, shall be excluded from any speedy trial calculation pursuant to 18 U.S.C. §3161(h)(7)(A).

Dated this 10th day of September, 2010.

BY THE COURT:

s/ *Cheryl R. Zwart*
The Honorable Cheryl R. Zwart
United States Magistrate Judge